UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

IN RE:

    CLARENCE D. SWENSON
    ELIZABETH A. SWENSON          CASE NO. 14-20010-705
           DEBTOR(S)                     CHAPTER 7

_____

Discover Bank
        Plaintiff                                 Adv. Proc. No.: 14-2005-705

v.

Clarence D. Swenson

        Defendant
_____

**STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

    Discover Bank ("Plaintiff") and Clarence D. Swenson ("Defendant"), by and through their respective counsel, hereby stipulate and jointly move this Court for its order dismissing Plaintiff's Complaint to Determine Dischargeability of a Debt (the "Complaint") with prejudice, on the merits and without award of costs of attorney's fees on the grounds that the issues presented in the Complaint have been settled to the satisfaction of the parties by payment by Defendant of the sum of $2,000.00, which was received by counsel for Plaintiff on or about June 17, 2014.

 /s/  James S. Cole                               /s/  John M. Hark
James S. Cole, MoBar #26787              John M. Hark, Mo Bar #45660
1401 S. Brentwood, Suite 875              999 Broadway
St. Louis, MO   63144                           Hannibal, MO   63401
(314) 961-0400; fax (314) 961-2726      (573) 221-7333; fax (573) 221-8824
jcole@wasingerlawgroup.com               curlandhawklawfirm.com
Attorney for Plaintiff/Creditor              Attorney for Defendant/Debtor

WWR# 30288640

SO ORDERED:

                                                                                   _____
                                                                                    Charles E. Rendlen, III
                                                                                    United States Bankruptcy Judge

WWR# 30288640